JAMES T. BURTON (Utah Bar No. 11875)
jburton@kmclaw.com
Mchael A. Eixenberger (Utah Bar No. 16446)
meixenberger@kmclaw.com
**KIRTON │ MCCONKIE**
Key Bank Tower
36 South State Street, Suite 1900
Salt Lake City, Utah 84111
Telephone: (801) 328-3600
Facsimile: (801) 321-4893

*Counsel for Plaintiff Silver Fish International, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SILVER FISH INTERNATIONAL, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>KAIFANG YUAN, an individual, ZHENGZHOURUIJIHEDIANZISHANGWU YOUXIANGONGSI, a Chinese entity, and DOES 1–10,<br><br>Defendants. | **COMPLAINT**<br><br>Case No. _____<br><br>Judge _____<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Silver Fish International, LLC ("Silver Fish"), by and through its undersigned counsel of record, hereby complains against Defendant Kaifang Yuan ("Yuan"), Zhengzhouruijihedianzishangwuyouxiangongsi (the "Chinese Entity"), and Does 1–10 (collectively, "Defendants") as follows:

## PARTIES

1. Silver Fish is a Utah limited liability company with its principal place of business

in Lehi, Utah.

2. Upon information and belief, Yuan is an individual that resides in Zhoukou, China.

3. Upon information and belief, the Chinese Entity is a Chinese business entity with a principal place of business in Zhengzhou, China.

4. Upon information and belief, the Chinese Entity and/or Yuan do business as BakeArt and RusicEss.

5. Upon information and belief, Yuan owns and operates the Chinese Entity.

6. Upon information and belief, Does 1–10 are other individuals or corporate entities that work in connection with Yuan and/or the Chinese Entity in connection with the conduct alleged herein.

## JURISDICTION AND VENUE

7. This Court has subject-matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

8. This Court has personal jurisdiction over the Defendants under the principles of specific jurisdiction. Specifically, this Court possesses personal jurisdiction over the Defendants because, upon information and belief: (1) the alleged infringement occurred in Utah among other states, (2) the Defendants transact business in Utah, (3) the conduct alleged herein was specifically intended to cause harm that would be felt in Utah, (4) the brunt of the harm was felt in Utah because, as a result of Defendants' actions, Silver Fish did not sell products that would have been provided by Silver Fish and its Utah-based employees, and (5) the injury to Silver Fish was suffered in Utah, among other things.

9. Put otherwise, Utah "is the focal point both of the story and of the harm suffered." *Calder v. Jones*, 465 U.S. 783, 789 (1984).

10. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and 1400(a) as this is a civil action for, *inter alia*, copyright infringement, the Defendants are subject to personal jurisdiction in Utah, and Defendants' acts that gave rise to this action were committed within the District of Utah.

## GENERAL ALLEGATIONS

11. Silver Fish is a Utah-based and owned family business that provides specialized replacement parts for air mattresses.

12. Silver Fish was formed nearly a decade ago when its founders identified a critical market opportunity that existed because of the significant price gap between the cost of purchasing a new named brand air mattress and purchasing affordable replacement parts for a customer's existing mattress.

13. Recognizing this opportunity, Silver Fish was launched and has since become a leading third-party supplier of replacement parts for various leading brands, including Sleep Number and Select Comfort.

14. Silver Fish's business philosophy centers on the understanding that customers love their air mattresses, but do not want to invest thousands of dollars in purchasing entirely new systems when existing beds break or need upgrades.

15. Based on this philosophy, Silver Fish's mission is to provide quality, cost-effective solutions that extend a mattress's life while helping customers save money for other priorities.

16. To this end, Silver Fish's product line focuses primarily on replacement air pumps, controllers, hoses, air chambers, and various other hardware components that are essential for system functionality.

17. Silver Fish sells these specialized replacement parts and accessories under its REM AIR SYSTEM trademark.

18. Representative depictions of the REM Air System wired air pump and REM Air System wireless air pump are included below:

| Silver Fish's REM Air System Wired Air Pump | Silver Fish's REM Air System Wireless Air Pump |
|---|---|
|  | |

19. Silver Fish's distribution strategy centers on comprehensive online sales across multiple platforms, which maximizes market reach while maintaining competitive pricing and rapid fulfillment.

20. Silver Fish operates through its e-commerce website at silverfishinc.com, which functions as both a sales platform and customer resource featuring installation instructions and troubleshooting support, among other things.

21. Silver Fish has also strategically expanded to other major online marketplaces including Amazon and eBay, which creates a broad online presence that captures customers regardless of their preferred shopping platform.

22. In sum, as the creators of the REM Air System pumps and air chambers, Silver Fish

has developed expertise in providing low-cost alternative parts for renowned mattress brands that allow customers to extend the life of the mattresses that they already love while maintaining uncompromised quality.

23. Beyond the parts themselves, Silver Fish's detailed instruction manuals and installation guides are central to its success. Indeed, recognizing that customers may feel intimidated by the prospect of replacing critical components in expensive sleep systems, Silver Fish has developed educational resources that empower customers to easily perform their own repairs.

24. For example, Silver Fish has developed various instruction manuals that accompany its products. These detailed guides include step-by-step operational instructions, installation procedures, and troubleshooting checklists, which ensure that customers can successfully complete the repairs and operate the replacement parts or accessories.

25. These instruction manuals serve multiple critical functions, including, among other things, reducing customer anxiety about installation and use, which builds customer confidence in purchasing third-party components rather than expensive OEM parts.

26. These instruction manuals—including their figures and explanatory language— are original to Silver Fish and were developed by Silver Fish to assist in the sale of Silver Fish's products.

27. By way of example, a copy of the instruction manual that is included with Silver Fish's REM Air System wired air pump is attached hereto as **"Exhibit A."**

28. By way of another example, a copy of the instruction manual that is included with Silver Fish's REM Air System wireless air pump is attached hereto as **"Exhibit B."**

29. On or about July 23, 2025, Silver Fish received registration certificates effective July 18, 2025, which secured the protection of two different copyrights from the United States Copyright Office, Reg. Nos. TX 9-520-565 (for "Wired Remote Control Air Pump Instruction Manual") and TX 9-520-575 (for "Wireless Remote Control Air Pump Instruction Manual")(collectively, the "Silver Fish Copyright Registrations"). Copies of the Silver Fish Copyright Registrations are attached hereto as **"Exhibit C"** and **"Exhibit D,"** respectively.

30. The instruction manuals covered by the Silver Fish Copyright Registrations are original works of authorship, are subject to legal protections, and are owned by Silver Fish.

31. Yuan and/or the Chinese Entity operate the BakeArt and RusicEss storefronts on the Amazon Marketplace.

32. Several competing air pumps have been listed on the RusicEss storefront on the Amazon Marketplace.

33. These products are nearly identical to the products offered by Silver Fish.

34. A representative comparison of the wireless pump offered on the RusicEss storefront and the wireless pump offered by Silver Fish is included below:

| Silver Fish's REM Air System Wireless Air Pump | Defendants' Competing RusicEss Wireless Air Pump |
|---|---|



35. A representative comparison of the wired pump offered on the RusicEss storefront and the wired pump offered by Silver Fish is included below:



| Silver Fish's REM Air System Wired Air Pump | Defendants' Competing RusicEss Wired Air Pump |

36. Upon information and belief, Defendants have sold a significant number of the RusicEss wired air pump and the RusicEss wireless air pump in this District and in the United States more generally using the Amazon Marketplace.

37. When shipped to a consumer, the wireless and wired pumps offered by the Defendants include instruction manuals.

38. Upon information and belief, Defendants purchased Silver Fish's REM Air System wired air pump to obtain a copy of the accompanying instruction manual or otherwise had access to a copy of the accompanying instruction manual.

39. Upon information and belief, Defendants also purchased Silver Fish's REM Air System wireless air pump to obtain a copy of the accompanying instruction manual or otherwise had access to a copy of the accompanying instruction manual.

40. Upon information and belief, after obtaining copies of the instruction manuals that

7

accompany the REM Air System wireless air pump and the REM Air System wired air pump, Defendants copied the instruction manuals to create instruction manuals to accompany their competing products.

41. In doing so, Defendants copied the instruction manuals covered by the Silver Fish Copyright Registrations when creating their own instruction manuals.

42. Indeed, the Instruction manuals included with the wireless and wired pumps offered by the Defendants are substantially similar—and, in many cases, are identical—to the instruction manuals covered by the Silver Fish Copyright Registrations. Copies of Defendants' instruction manuals for the wired and wireless pumps are attached hereto as **"Exhibit E"** and **"Exhibit F,"** respectively.

43. A side-by-side comparison of some of the similarities between the instruction manual included with Silver Fish's REM Air System wired air pump—which is covered by Reg. No. TX 9-520-565—and the instruction manual included with the wired pump offered by Defendants is included below:



| Silver Fish's REM Air System Wired Air Pump | Defendants' Competing RusicEss Wired Air Pump |
|---|---|




**Operational Instructions:**

1. **Turn on:** Power on by connecting power source into outlet and plugging opposite end into the pump input receiver.
2. **To activate remote:** press and release any button on either remote. The LCD screen will light up and turn off after 15 seconds of not being used.
3. Only one control can activate the pump at a time.

4. **For inflation and deflation:** press and release the upward arrow on remote to inflate. To deflate, press and release the downward arrow on remote. The pressure level will increase or decrease as per the change of pressure in your air chamber. The "scrolling bar" will scroll up or down and show the pressure is increasing or decreasing. You may stop the inflating or deflating at any time by pressing and releasing any button on the remote. Inflation will also stop automatically when it has reached its max inflate number 100.

5. **Memory Value:** The memory function allows the user to find a desired air pressure and return to the set pressure at the press of a button. To do so, press the "Memory" button. The LCD screen will show "memory" and the pump will be activated to inflate or deflate until the pressure level in the air chamber reaches the level memorized. If during the process you would like the pump to stop, you may press any button.

**Operational Instructions:**

1. Connect pump with mattress hoses. Follow the pump connection diagram located by the pump valves to connect Left and Right hoses correctly.

2. Turn on: Power on by connecting power source into outlet and plugging opposite end into the pump input receiver.

3. To activate remote: press any button on either remote. The LCD screen will light up and turn off after 15 seconds of not being used.

4. Only one control can activate the pump at a time.

5. For inflation and deflation: Press and release the upward arrow on remote to inflate. To deflate, press and release the downward arrow on remote. The pressure level will increase or decrease as per the change of pressure in your air chamber. The "scrolling bar" will scroll up or down and show the pressure is increasing or decreasing. You may stop the inflating or deflating at any time by pressing any button on the remote. Inflation will also stop automatically when it has reached its max inflate number 100.

6. Memory Value: The memory function allows the user to find a desired air pressure and return to the set pressure at the press of a button. To do so, press the "Memory" button. The LCD screen will show "memory" and the pump will be activated to inflate or deflate until the pressure level in the air chamber reaches the level memorized. If during the process you would like the pump to stop, you may press any button.

9



44. A side-by-side comparison of some of the similarities between the instruction manual included with Silver Fish's REM Air System wireless air pump—which is covered by Reg. No. TX 9-520-575—and the instruction manual included with the wireless pump offered by Defendants is included below:

| Silver Fish's REM Air System Wireless Air Pump | Defendants' Competing RusicEss Wireless Air Pump |
|---|---|
| | |





**Operational Instructions:**

1. Power on by connecting power source into outlet and plugging opposite end into the pump input receiver. Pump LED light will show red for 30 seconds after initial start. When the LED light turns green; this means the pump is working and communicating with remote.

2. To activate remote press and release any button on the remote. The LCD screen will light up and turn off after 10 seconds of not being used.

3. For inflation and deflation: Press L/R button to choose which side of mattress to inflate/deflate. When inflating the numerical reading will increase on a scale of 0-99 (True Scientific Read Scale) Once the desired air pressure is reached press and release any key to stop inflation or deflation.

4. **Memory Value:** The memory function allows the user to find a desired air pressure and manually return to the set pressure at the click of a button. To do so, choose which side of the mattress you wish to inflate/deflate. Press the "Memory" button. The pump will then inflate or deflate to the defaulted setting (factory default setting is 25mbar or 40 numerical value)

5. **Memory Save:** To save a memory setting of your choice; Inflate or deflate your mattress to your desired pressure. Once the pump has stopped at the desired comfort number, press and hold down the Memory button for 3 seconds. The LCD screen will show "Memory" and then flash "Save." The data is then memorized and your new memory setting is established. (You can save a different memory setting for each chamber in a dual chamber mattress.)

11

**6. Automatic Pressure Recovery:** Your pump is equipped with a function to automatically detect pressure loss and restore to an air pressure level of your choosing. You have the ability to turn it "on" and "off."  (THE FACTORY DEFAULT FOR THIS FUNCTION IS "ON")

To set the function:

1. Press and hold down the "inflate button" for at least 3 seconds. Then while continuing to press the "inflate button," simultaneously click and release the "Memory" button once. The remote will now read "F1"

2 . Now, simply click and release the "L/R" button to turn function "on" or "off". The remote will constantly display the word "SAVE" or the word "APR" (not both) when the function is turned "ON". The function is turned OFF when the remote does NOT display the word(s) "SAVE" or "APR."

3. **Take note** that when the pressure recovery function is "ON," the restore pressure number is whichever number you have manually set it to when you click and release the "inflate button" or "deflate button."
For example, if your remote is reading "80" with the Automatic Pressure Recovery function turned ON; that number is the set number for recovery when there is pressure loss. If then, you click the "deflate button" and release the pressure to "50" with the function turned ON, now the "50" pressure reading will be the new set number the pump will recover to when there is pressure loss detection.
Thus, the idea for the pressure recovery function is for those who like a consistent pressure level without having to use the manual memory function to return to your comfort level. With the pressure recovery function, the pressure simply stays more consistent.

**To "turn off" the pressure recovery function repeat steps 1 & 2 above.**

**Take note:** when the pump detects pressure loss and begins to engage to recover pressure, the sound of the pump will be slightly quieter than when manually engaging the pump to inflate.

## Quick Tips & Trouble Shooting

**REMOTE**
(The REM Air System Remote buttons are programed to be "clicked" and released when operating. The only instances you will "press and hold" buttons is when setting functions. Thus, when operating your pump to inflate and deflate you will do so in a "click and release" motion.)

Your remote control has a range of 5 to 10 Meters. If you are out of range the remote will read "Er." Please use within range.

**6. Automatic Pressure Recovery:** Your pump is equipped with a function to automatically detect pressure loss and restore to an air pressure level of your choosing. You have the ability to turn it "on" and "off." (THE FACTORY DEFAULT FOR THIS FUNCTION IS "ON")

To set the function:

1. Press and hold down the "inflate button" for at least 3 seconds. Then while continuing to press the "inflate button," simultaneously click and release the "Memory" button once. The remote will now read "F1"

2. Now, simply click and release the "Memory" button to turn function "on" or "off". The remote will constantly display the word "SAVE" or the word "APR" (not both) when the function is turned "ON". The function is turned OFF when the remote does NOT display the word(s) "SAVE" or "APR."

3. **Take note** that when the pressure recovery function is "ON," the restore pressure number is whichever number you have manually set it to when you click and release the "inflate button" or "deflate button."
For example, if your remote is reading "80" with the Automatic Pressure Recovery function turned ON; that number is the set number for recovery when there is pressure loss. If then, you click the "deflate button" and release the pressure to "50" with the function turned ON, now the "50" pressure reading will be the new set number the pump will recover to when there is pressure loss detection.
Thus, the idea for the pressure recovery function is for those who like a consistent pressure level without having to use the manual memory function to return to your comfort level. With the pressure recovery function, the pressure simply stays more consistent.
**To "turn off" the pressure recovery function repeat steps 1 & 2 above.**

**Take note:** when the pump detects pressure loss and begins to engage to recover pressure, the sound of the pump will be slightly quieter than when manually engaging the pump to inflate.

## Quick Tips & Trouble Shooting

**REMOTE**
(The RusicEss Remote buttons are programed to be "clicked" and released when operating. The only instances you will "press and hold" buttons is when setting functions. Thus, when operating your pump to inflate and deflate you will do so in a "click and release" motion.)
Your remote control has a range of 5 to 10 Meters. If you are out of range the remote will read "Er." Please use within range.

12

| | |
|---|---|
| Upon initial installation of your REM Air System; if your remote reads "Er," and you are within the allotted rage of 5 to 10 meters, no problem. This simply means the remote needs to be calibrated with the pump. It's easy, follow this step: | Upon initial installation of your RusicEss pump; if your remote reads "Er," and you are within the allotted rage of 5 to 10 meters, no problem. This simply means the remote needs to be calibrated with the pump. It's easy, follow this step: |
| 1. Disconnect and re-connect your pump to the wall outlet. When the pump's LED light shows red, press any button to wake up the remote. Then hold down the "L/R" button for 3 seconds. Once the LCD screen shows "Su," you have calibrated successfully. Your REM air system is now ready for operation. | 1. Disconnect and re-connect your pump to the wall outlet. When the pump's LED light shows red, press any button to wake up the remote. Then hold down the "L/R" button for 3 seconds. Once the LCD screen shows "Su," you have calibrated successfully. Your RusicEss pump is now ready for operation. |
| **AIRWAY OBSTRUCTIONS (Hoses):**<br>**Does your remote immediately read "99" and shuts off?** This means that there is an obstruction in the airway between your pump and air mattress, such as a sharp bend in the hose or a pinch somewhere in the line. This would be "**tricking**" the pump into thinking that the mattress is full and therefore shuts off. Be sure to go through your hoses to ensure there is no kink or perhaps a pinch in a hose that is fed through a base board hole in order to reach and connect to the mattress. | AIRWAY OBSTRUCTIONS (Hoses):<br>Does your remote immediately read "99" and shuts off? This means that there is an obstruction in the airway between your pump and air mattress, such as a sharp bend in the hose or a pinch somewhere in the line. This would be "tricking" the pump into thinking that the mattress is full and therefore shuts off. Be sure to go through your hoses to ensure there is no kink or perhaps a pinch in a hose that is fed through a base board hole in order to reach and connect to the mattress. |
| **ARE YOUR HOSES PERMANETLY ATTACHED TO YOUR ORIGINAL PUMP?** No problem, simply cut them away from your pump and apply the provided connectors to the end of your hoses that came with your REM Air System.<br>**INFLATING MATTRESS FOR FIRST TIME:** Do so **without** laying on the bed. Click the "inflate button" and allow the bed to inflate to the maximum pressure of "99". The pump will stop at the max. Then proceed to lay on the mattress and click the "deflate button" and allow deflation until you feel comfortable. Click the "deflate button" again to stop.<br>(when inflating a mattress without any initial pressure, the remote will read "0" until there is enough pressure in the mattress to record a reading. Typically, you will start to see an initial remote pressure read at "50 or higher.") | ARE YOUR HOSES PERMANETLY ATTACHED TO YOUR ORIGINAL PUMP? No problem, simply cut them away from your pump and apply the provided connectors to the end of your hoses that came with your RusicEss pump.<br>INFLATING MATTRESS FOR FIRST TIME: Do so without laying on the bed. Click the "inflate button" and allow the bed to inflate to the maximum pressure of "99". The pump will stop at the max. Then proceed to lay on the mattress and click the "deflate button" and allow deflation until you feel comfortable. Click the "deflate button" again to stop.<br>(when inflating a mattress without any initial pressure, the remote will read "0" until there is enough pressure in the mattress to record a reading. Typically, you will start to see an initial remote pressure read at "50 or higher.") |

45. Upon information and belief, the foregoing similarities are not isolated instances of copying by the Defendants.

46. Indeed, upon information and belief, Defendants have also copied the instruction manuals that accompany Silver Fish's air hoses, hose connectors or fittings, inflatable air chambers (single- or multi-valve), mattress encasements, foam rail inserts, and other kits, replacement parts, or assemblies incorporating these components (collectively, the "Similar Products").

13

47. Upon information and belief, these additional instances of copying will be uncovered during discovery and Silver Fish reserves the right to amend this Complaint as such additional instances of copying are uncovered.

### FIRST CAUSE OF ACTION
**Copyright Infringement Under 17 U.S.C. § 101 *et seq.***

48. Silver Fish incorporates and realleges the allegations set forth above as though fully set forth herein.

49. Silver Fish is the independent creator and author of the instruction manuals covered by the Silver Fish Copyright Registrations, which are creative and original.

50. At all relevant times, Silver Fish has been the owner of all right, title, and interest in and to the instruction manuals covered by the Silver Fish Copyright Registrations, each of which is valid, subsisting, enforceable, and properly registered with the United States Copyright Office.

51. Upon information and belief, Defendants had access to the instruction manuals covered by the Silver Fish Copyright Registrations and continue to have such access. Indeed, at a minimum, Defendants could access such instruction manuals by visiting Silver Fish's website or purchasing a REM Air System wireless air pump or a REM Air System wired air pump.

52. Defendants, without permission or authority, copied, reproduced, and distributed protectable constituent elements of the instruction manuals covered by the Silver Fish Copyright Registrations in at least their instruction manuals accompanying the wireless and wired pumps offered on the RusicEss storefront.

53. Defendants' instruction manuals for their competing wireless and wired pumps include identical—or at the very least substantially similar—copies of protectable elements from the instruction manuals covered by the Silver Fish Copyright Registrations.

54. Defendants' instruction manuals infringe, either directly or indirectly, the Silver Fish Copyright Registrations in violation of at least Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

55. Defendants' acts of infringement, whether direct or contributory, are willful, intentional, purposeful, and in disregard of, or with indifference to, Silver Fish's rights within the meaning of the Copyright Act.

56. Defendants knew at the time of their direct or contributory infringing acts that the instruction manuals covered by the Silver Fish Copyright Registrations belonged to Silver Fish, that Defendants did not have permission or authority to exploit the instruction manuals, and that the instruction manuals included with Defendants' competing products constitute copyright infringement.

57. As a direct and proximate result of Defendants' acts of direct or contributory infringement, Silver Fish is entitled to the damage to Silver Fish's business, in an amount to be proven at trial.

58. Silver Fish is also entitled to Defendants' profits attributable to the infringement, pursuant to 17 U.S.C. § 504.

59. Alternatively, Silver Fish is entitled to statutory damages with any award of statutory damages being enhanced because Defendants' infringement was willful.

60. Silver Fish is further entitled to its attorneys' fees and full costs of suit pursuant to 17 U.S.C. § 505 or otherwise according to law.

61. As a direct and proximate result of Defendants' acts of infringement, Silver Fish has sustained and will continue to sustain substantial, immediate, and irreparable injury, for which

there is no adequate remedy at law.

62. Unless Defendants are enjoined and restrained by this Court, Defendants will continue to infringe Silver Fish's rights by continuing to sell wired and wireless pumps on RusicEss Amazon Marketplace that include infringing instruction manuals.

63. Silver Fish is, therefore, entitled to injunctive relief to restrain and enjoin Defendants' continuing and ongoing infringing conduct.

## PRAYER FOR RELIEF

WHEREFORE, Silver Fish prays for judgment against Defendants and for a judgment:

A. Finding that Defendants have infringed the Silver Fish Copyright Registrations;

B. Enjoining Defendants, and all other persons or entities participating or acting in concert with them, from engaging in copyright infringement, including from distributing Defendants' wired and wireless air pumps that include the instruction manuals that infringe the Silver Fish Copyright Registrations;

C. Ordering Defendants and their principals, agents, representatives, servants, and employees and any person in active concert or participation with them to recall and deliver up for destruction all wired and wireless air pumps that include the instruction manuals that infringe the Silver Fish Copyright Registrations or any other copyrights held by Silver Fish;

D. Requiring Defendants to account for and pay to Silver Fish all damages caused by their infringement of the Silver Fish Copyright Registrations, any profits improperly gained by Defendants based on their infringement, a reasonable royalty, and/or statutory damages as appropriate in accordance with 17 U.S.C. § 504;

E. Enjoining Defendants, their officers, agents, servants, employees, and those

persons or entities in active concert or participation with them from further acts of copyright infringement, including any infringement related to the Similar Products;

F. Ordering Defendants and their principals, agents, representatives, servants, and employees and any person in active concert or participation with them to recall and deliver up for destruction any Similar Products that infringe the Silver Fish Copyright Registrations or any other copyrights held by Silver Fish;

G. Awarding Silver Fish its allowable costs and attorneys' fees, including but not limited to, those authorized under 17 U.S.C. § 505;

H. Granting Silver Fish pre-judgment and post-judgment interest on the damages caused to it by reason of Defendants' copyright infringement;

I. Awarding Silver Fish its costs; and

J. Granting such other and further relief as the Court may deem just and proper under the circumstances.

## DEMAND FOR JURY TRIAL

Silver Fish hereby demands trial by jury as to all issues in this action triable by jury.

DATED this 28th day of August, 2025.

Respectfully Submitted,

**KIRTON McCONKIE**

By */s/ James T. Burton*
    James T. Burton
    Michael A. Eixenberger

*Counsel for Plaintiff Silver Fish International, LLC*