James T. Burton (Utah Bar No. 11875)
*jburton@kmclaw.com*
Michael A. Eixenberger (Utah Bar No. 16446)
*meixenberger@kmclaw.com*
**KIRTON | McCONKIE**
Key Bank Tower
36 South State Street, Suite 1900
Salt Lake City, UT 84111
Telephone: (801) 328-3600
Facsimile: (801) 321-4893

*Attorneys for Plaintiff Silver Fish International, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SILVER FISH INTERNATIONAL, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>KAIFANG YUAN, an individual, ZHENGZHOURUIJIHEDIANZISHANGWU YOUXIANGONSI, a Chinese entity, and Does 1-10,<br><br>Defendants. | **[PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION**<br><br>Case No. 2:25-cv-00727-DAO<br><br>Magistrate Judge Daphne A. Oberg |

WHEREAS Plaintiff Silver Fish International, LLC ("Silver Fish") and Defendants Kaifang Yuan and Zhengzhouruijihedianzishangwuyouxiangongsi ("Defendants") have agreed to the entry of this Consent Judgment and Permanent Injunction, it is, therefore, ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1

## FINDINGS OF FACT

1. Silver Fish is a Utah limited liability company with its principal place of business in Lehi, Utah.

2. Defendant Kaifang Yuan is an individual residing in China.

3. Defendant Zhengzhouruijihedianzishangwuyouxiangongsi is a Chinese business entity with its principal place of business in China.

4. Silver Fish develops, markets, and sells replacement parts for air mattress systems, including air pumps and related components, along with accompanying instruction manuals.

5. Silver Fish owns valid and subsisting copyrights in its instruction manuals, including but not limited to U.S. Copyright Registration Nos. TX 9-520-565 and TX 9-520-575 (the "Copyrighted Works").

6. Defendants marketed and sold competing air mattress pumps and related products, including through online marketplaces.

7. In connection with such products, Defendants used instruction manuals that were identical or substantially similar to Silver Fish's Copyrighted Works.

8. Defendants' use of the Copyrighted Works was unauthorized and improper.

9. Defendants have ceased all use of Silver Fish's Copyrighted Works and have or will destroy all copies of the Copyrighted Works in their possession, custody, or control.

## CONCLUSIONS OF LAW

1. This Court has subject-matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a).

2.      This Court has personal jurisdiction over Defendants. Among other things, Defendants consent that the Court has personal jurisdiction over Defendants.

3.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1391 and 1400.

4.      Silver Fish owns valid and enforceable copyrights in its instruction manuals. Specifically, the Copyrighted Works are valid and enforceable copyrights owned by Silver Fish.

5.      Defendants' conduct constitutes copyright infringement under 17 U.S.C. §§ 101 *et seq.*

## **ORDER**

1.      Defendants, together with all of their agents, representatives, affiliates, distributors, successors, assigns, and all other persons, firms, or companies in active concert or participation with them, are permanently enjoined and restrained from directly or indirectly:

  a.  Using, copying, reproducing, distributing, displaying, or creating derivative works from any of Silver Fish's Copyrighted Works;

  b.  Using any materials that are identical or substantially similar to, or derived from, Silver Fish's Copyrighted Works;

  c.  Selling, offering for sale, marketing, advertising, or distributing any air mattress pumps, air-bed systems, or related components that include or incorporate Silver Fish's Copyrighted Works, instruction manuals, or any derivatives thereof; and

  d.  Engaging in any other act that infringes Silver Fish's Copyrighted Works.

2.      For the avoidance of doubt, the foregoing injunction applies to the sale or distribution of any and all air mattress pumps or related air-bed components containing Silver Fish's Copyrighted Works, instruction manuals, or any derivatives therefrom.

3

3.      The permanent injunction shall remain in full force and effect unless and until modified by order of this Court.

4.      If Defendants are found by the Court to be in contempt of, or otherwise to have violated this Consent Judgment and Permanent Injunction, Silver Fish shall be entitled to all available relief which it may otherwise request from the Court, including sanctions for contempt, damages, injunctive relief, attorneys' fees, costs, and any other relief deemed proper.

**STIPULATED AND AGREED AS TO FORM AND CONTENT:**

DATED this ⅔₀ day of April___ , 2026.

**KIRTON | McCONKIE**

By: /s/ James T. Burton

James T. Burton
Michael A. Eixenberger
KIRTON | McCONKIE
36 S. State Street, Ste. 1900
Salt Lake City, Utah 84111

*Counsel for Plaintiff Silver Fish
International, LLC*

**KAIFANG YUAN**

*Kaifang Yuan*
Kaifang Yuan

**ZHENGZHOURUIJIHEDIANZISHANGWU
YOUXIANGONGSI**

By: *Kaifang Yuan*

Name: *Kaifang Yuan*

*Defendants*